No. 768. Rust v. Pratt, Sheriff, et al.;
No. 769. Jennings v. Same;
No. 770. Abbott v. Same; and
No. 771. Tigert v. Same. Decided February 28, 1938. *Per Curiam:* The appeals herein are dismissed (1) for the reason that the judgments sought to be reviewed are based upon a non-federal ground adequate to support them, *Doyle* v. *Atwell,* 261 U. S. 590; *Cox* v. *Colorado,* 282 U. S. 807; *Woolsey* v. *Best,* 299 U. S. 1; (2) for the want of a substantial federal question, *Twining* v. *New Jersey,* 211 U. S. 78, 106, 111–114; *Snyder* v. *Massachusetts,* 291 U. S. 97, 105; *Brown* v. *Mississippi,* 297 U. S. 278, 285; *Palko* v. *Connecticut,* 302 U. S. 319. *Mr. Mortimer Riemer* for appellants. No appearance for appellees. Reported below: 157 Ore. 505; 72 P. 2d 533.

No. 792. Williams et al. v. Quill, President of the Transport Workers Union of America, et al. Decided February 28, 1938. *Per Curiam:* The motion of the appellants for leave to file supplemental statement as to jurisdiction is granted. The motion of the appellees to dismiss the appeal is granted, and the appeal is dismissed for the want of a final judgment. *Verden* v. *Coleman,* 18 How. 86; *Reddall* v. *Bryan,* 24 How. 420, 422; *Brannan* v. *Harrison,* 284 U. S. 579. *Mr. Nathan W. Math* for appellants. *Messrs. Harold Sacher* and *George D. Yeomans* for appellees.

No. —, original. Ex parte Walter Gross. February 28, 1938. Motion for leave to file petition for writ of habeas corpus denied.